Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd Ste 405
Los Angeles CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
IAN CUNDIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BAKERSFIELD DIVISION**

| | |
|---|---|
| IAN CUNDIFF | ) |
| Plaintiff, | ) **Case No.:** |
| v. | ) **COMPLAINT** |
| BALBOA THRIFT AND LOAN ASSOCIATION, | ) |
| Defendant. | ) |

Plaintiff, IAN CUNDIFF (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, BALBOA THRIFT AND LOAN ASSOCIATION, (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

# PARTIES

5. Plaintiff is a natural person residing in North Edwards, Kern County, California.

6. Defendant is a business entity located in Chula Vista, California.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

# FACTUAL ALLEGATIONS

8. Defendant places calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Plaintiff does not owe the alleged debt Defendant is attempting to collect.

10. Defendant places collection calls to Plaintiff's cellular telephone at phone number (661) 917-78XX.

11. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 619-397-7754.

12. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

13. Plaintiff did not provide any consent, explicit, implied, or otherwise, to call his cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system.

14. Plaintiff requested both verbally and in writing that Defendant cease placing calls to his cellular telephone.

15. Despite Plaintiff's requests to cease, Defendant placed at least seventeen (17) automated calls to Plaintiff.

16. Specifically, Defendant called Plaintiff as follows:

- October 29, 2013:  two (2) calls at 10:10am and 5:27pm;

- October 30, 2013: three (3) calls at 9:32am, 2:51pm, 5:25pm;
- October 31, 2013: two (2) calls at 11:39pm, 2:41pm;
- November 1, 2013: one (1) call at 9:23am;
- November 5, 2013: one (1) call at 11:53am;
- November 11, 2013: one (1) call;
- November 12, 2013: one (1) call at 10:22 am;
- November 13, 2013: one (1) call at 2:10 pm;
- November 22, 2013: one (1) call at 8:51 am;
- November 15, 2013: two (2) calls at 3:50pm and 3:51pm;
- November 16, 2013: one (1) call at 8:45am;
- November 17, 2013: one (1) call at 10:45am.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, Ian Cundiff, respectfully requests judgment be entered against Defendant, Balboa Thrift and Loan Association, for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

   a. Defendant violated § 1788.11(d) of the RFDCPA by causing a telephone to ring repeatedly or continuously to annoy the person called;

   b. Defendant violated § 1788.11(e) of the RFDCPA by communicating with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff.

WHEREFORE, Plaintiff, Ian Cundiff, respectfully requests judgment be entered against Defendant, Balboa Thrift and Loan Association, for the following:

25. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

27. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  December 4, 2013                KROHN & MOSS, LTD.


By: /s/  Ryan S. Lee

Ryan S. Lee
Attorney for Plaintiff


**DEMAND FOR JURY TRIAL**

Plaintiff, IAN CUNDIFF, hereby demands a jury trial in this case.

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, IAN CUNDIFF states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, IAN CUNDIFF, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

11-11-2013                                     /s/ Ian Cundiff
_____                    _____
Date                                                  IAN CUNDIFF