UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CUNDIFF, | CASE NO. CV F 13-1985 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |
| vs. | |
| BALBOA THRIFT AND LOAN ASSOCIATION, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the April 17, 2014 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 26, 2014**            **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1